IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE RENEE WALLACE,<br><br>      Plaintiff,<br>  v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>      Defendants.<br>_____/ | No. C 12-6451 MMC<br><br>**ORDER VACATING AUGUST 30, 2013 HEARING** |

Before the Court is defendant's motion, filed July 1, 2013, to dismiss the above-titled action. Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties respective written submissions, and hereby VACATES the hearing scheduled for August 30, 2013.

**IT IS SO ORDERED.**

Dated: August 28, 2013

                                              MAXINE M. CHESNEY
                                              United States District Judge