1  CAROLINE L. FOWLER, City Attorney (SBN 110313)
   ROBERT L. JACKSON, Assistant City Attorney (SBN 101770)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404
   Telephone:  (707) 543-3040
4  Facsimile:   (707) 543-3055

5  Attorneys for Defendants
   City of Santa Rosa, Matthew Meloche and
6  Tom Schwedhelm

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division

10

11 MONIQUE RENEE WALLACE,              CASE NO.  CV 12-6451 MMC

12        Plaintiff,                   **JOINT STIPULATION AND [PROPOSED]
                                       ORDER TO CONTINUE CASE
13    v.                               MANAGEMENT CONFERENCE**

14 CITY OF SANTA ROSA, a municipal
   corporation, MATTHEW MELOCHE,
15 individually and in his official capacity as
   police officer for CITY OF SANTA ROSA,   Assigned Judge: Hon. Maxine M. Chesney
16 TOM SCHWEDHELM, individually and in
   his official capacity as chief of police for
17 CITY OF SANTA ROSA, DOES 1-20,
   inclusive.
18
          Defendants.
19
                                       /
20

21      This joint Stipulation to continue the Case Management Conference from October 4, 2013

22 to December 20, 2013, is submitted by all named parties in this action, including: Plaintiff Monique

23 Renee Wallace and Defendants, City of Santa Rosa, Matthew Meloche and Tom Schwedhelm. The

24 parties submit that good cause supports their request, as set forth below.

25

26                              **RECITALS**

27      1.   The Complaint in this matter was filed on December 20, 2012 and defendant was

28 served on March 12, 2013.  Defendant City filed a Motion to Dismiss per FRCP 12(B)(6) and a

1  Motion for Definitive Statement per FRCP 12(E) on April 2.

2. A Case Management Conference was held on April 5, 2013 at which time the Court set the matter for trial on June 9, 2014. The Court's Pre-Trial Preparation Order was issued on April 8, 2012. At the time of the initial Case Management Conference, plaintiff requested a Second Case Management Conference for monitoring purposes in light of the pending motion and possible amendment of the complaint. The Court set a further Case Management Conference for Friday, October 4, 2013.

3. On May 21, 2013 the Court granted defendant City's Motion and directed plaintiff to file an amended complaint. A First Amended Complaint was filed on June 14, 2013.

4. An Early Neutral Evaluation was conducted on June 13, 2013 before Patrick Robbins in which all parties participated in good faith.

5. On July 1, 2013 defendant City filed a Motion to Dismiss the First Amended Complaint per FRCP 12(B)(6). On August 30, 2013 the Court granted in part and denied in part defendant City's motion directing plaintiff, if she so chose, to file an amended complaint no later than September 18, 2013. Plaintiff has elected to forego filing a Second Amended Complaint. Defendant City is in the process of preparing it's Answer to the remaining causes of action of the plaintiff's First Amended Complaint.

6. The parties request that the Case Management Conference now scheduled for October 4, 2013 be continued and reset for Friday, December 20, 2013. The pleadings now settled and defendant anticipating filing an Answer shortly, the parties intend to engage in discovery including the depositions of the plaintiff, an independent witness to the events, and the officers involved in the incident. It is expected this will take two to three months to conclude. It is defendant City's expectation that it will file a motion for summary judgment based on such discovery before the deadline for dispositive motions set by the Court for March 7, 2014.

7. Good cause exists for continuance of the Case Management Conference as, without benefit of discovery, the parties will have little to report to the Court at the time of the Case Management Conference now set for October 4, 2013. In addition, counsel for defendant City has a vacation scheduled for October 4 which he neglected to calendar when the Case Management

Conference was first set and, if the Court will indulge, he would like to attend.

### STIPULATION AND ORDER THEREON

THEREFORE, it is stipulated and agreed herein by and between the parties that:

1. The Case Management Conference now set for October 4, 2013, at 10:30 a.m. shall be continued to December 20, 2013 at 10:30 a.m.

2. Nothing in this Stipulation is intended to modify the other matters addressed in any Court Order unless expressly identified herein, nor does it preclude the parties from seeking additional relief from this Court to amend this Stipulation and Order or otherwise.

DATED: September 24, 2013

/s/
ROBERT L. JACKSON
Assistant City Attorney
Attorney for Defendants
City of Santa Rosa, Matthew Meloche
and Tom Schwedhelm

DATED: September 24, 2013

/s/
CHRISTY A. CHOUTEAU
Attorney for Plaintiff
Monique Renee Wallace

### ORDER

Pursuant to the stipulation of all parties, the Case Management Conference, currently set for October 4, 2013 at 10:30 a.m., is continued to December 20, 2013, at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

GOOD CAUSE APPEARING, **IT IS SO ORDERED**.

DATED: September 26, 2013

HON. MAXINE M. CHESNEY
Judge, U.S. District Court