1  CAROLINE L. FOWLER, City Attorney (SBN 110313)
   ROBERT L. JACKSON, Assistant City Attorney (SBN 101770)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404
   Telephone:  (707) 543-3040
4  Facsimile:   (707) 543-3055

5  Attorneys for Defendants
   City of Santa Rosa, Matthew Meloche and
6  Tom Schwedhelm

7

8                     **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division**

10

11  MONIQUE RENEE WALLACE,                    CASE NO.  CV 12-6451 MMC

12          Plaintiff,                        **JOINT STIPULATION AND [PROPOSED]
                                              ORDER   TO   CONTINUE   EXPERT**
13      v.                                    **WITNESS DESIGNATION**; ORDER
                                              EXTENDING DATES FOR REBUTTAL
14  CITY  OF  SANTA  ROSA,  a  municipal      EXPERT EXPERT WITNESS DESIGNATION AND
   corporation, MATTHEW MELOCHE,             EXPERT DISCOVERY CUTOFF
15  individually and in his official capacity as
   police officer for CITY OF SANTA ROSA,
16  TOM SCHWEDHELM, individually and in       **[FRCP, Rule 26(a)(2)(D)]**
   his official capacity as chief of police for
17  CITY OF SANTA ROSA, DOES 1-20,
   inclusive.
18
           Defendants.                        Assigned Judge:  Hon. Maxine M. Chesney
19
   _____/
20

21          This joint Stipulation to continue the date for expert designation per Rule 26(a)(2)(D), is

22  submitted by all named parties in this action, including:  Plaintiff Monique Renee Wallace and

23  Defendants. The parties submit that good cause supports their request, as set forth below.

24

25                                **RECITALS**

26      1.    The initial Case Management Conference in this matter took place on April 5, 2013

27  at which time the Court scheduled trial to commence on June 9, 2014 and scheduled designation of

28  experts to take place on January 17, 2014. The parties having stipulated, the Court also directed the

1   parties to undergo Early Neutral Evaluation. That Early Neutral Evaluation took place on June 13,

2   2013 before Patrick Robbins who issued his evaluation that same day

3       2.    A second Case Management Conference was held on December 20, 2013 at which

4   time the court continued the trial date to June 16, 2014 and also ordered the parties undergo further

5   alternative dispute resolution by way of a Settlement Conference before Magistrate Kandis A.

6   Westmore.  That Settlement Conference is now scheduled for March 19, 2014.

7       3.    Counsel for both parties neglected to request at the second Case Management

8   Conference, but have since discussed and agreed that, with the Court's permission pursuant to

9   26(a)(2)(D), the deadline for disclosure of expert witnesses be continued. The parties respectfully

10   suggest that the deadline be extended to either (a) March 18, 2014–the 90 day pretrial deadline set

11   forth in Rule 26(a)(2)(D)(I), or (b) preferably and pursuant to the Court's discretion, March 28,

12   2014.  This will enable the parties to discuss and exhaust efforts to resolve the case through the

13   Settlement Conference now set for March 19, 2014 and perhaps avoid the expense of preparation

14   of expert reports in the event the case can be resolved. In the event the case cannot be resolved, the

15   parties designated experts will then have time to complete their review of materials and preparation

16   of reports well in advance of trial now scheduled to commence on June 16, 2014.

17       **STIPULATION AND ORDER THEREON**

18       THEREFORE, it is stipulated and agreed herein by and between the parties that:

19       1.    The deadline for designation of experts shall be continued from January 17, 2014 to

20       March 28, 2014.

21       2.    Nothing in this Stipulation is intended to modify the other matters addressed in any

22       Court Order unless expressly identified herein, nor does it preclude the parties from

23       seeking additional relief from this Court to amend this Stipulation and Order or

24       otherwise.

25   //

26   //

27   //

28

1    DATED: January 9, 2014                                    /S/

2                                                    ROBERT L. JACKSON
                                                     Assistant City Attorney
3                                                    Attorney for Defendants
                                                     City of Santa Rosa, Matthew Meloche
4                                                    and Tom Schwedhelm

5

6    DATED: January 9, 2014                          _____/S/_____
                                                     CHRISTY A. CHOUTEAU
7                                                    Attorney for Plaintiff
                                                     Monique Renee Wallace
8

9                                        **ORDER**

10
           Pursuant to the stipulation of all parties, the deadline for designation of expert witnesses
11
     under Rule 26(a)(2)(D) shall be March 28, 2014.
12
           GOOD CAUSE APPEARING, **IT IS SO ORDERED**.
13
           IT IS FURTHER ORDERED that the deadline for designation of rebuttal expert witnesses
14
     is extended to April 9, 2014 and the expert discovery cutoff is extended to April 30, 2014.
15

16

17

18
     DATED:   __January 13, 2014____
19                                                   HON. MAXINE M. CHESNEY
                                                     Judge, U.S. District Court
20

21

22

23

24

25

26

27

28