| | |
|---|---|
| 1 | CAROLINE L. FOWLER, City Attorney (SBN 110313) |
| | ROBERT L. JACKSON, Assistant City Attorney (SBN 101770) |
| 2 | City of Santa Rosa |
| | 100 Santa Rosa Avenue, Room 8 |
| 3 | Santa Rosa, California 95404 |
| | Telephone:  (707) 543-3040 |
| 4 | Facsimile:   (707) 543-3055 |
| 5 | Attorneys for Defendants |
| | City of Santa Rosa, Matthew Meloche and |
| 6 | Tom Schwedhelm |

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division

| | |
|---|---|
| MONIQUE RENEE WALLACE, | CASE NO.  CV 12-6451 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE** |
| v. | |
| CITY OF SANTA ROSA, a municipal corporation, MATTHEW MELOCHE, individually and in his official capacity as police officer for CITY OF SANTA ROSA, TOM SCHWEDHELM, individually and in his official capacity as chief of police for CITY OF SANTA ROSA, DOES 1-20, inclusive. | 42 U.S.C. § 1983<br><br>Date:    March 19, 2014<br>Time:   10:00 a.m.<br>Ctrm:   4, 3rd Fl.<br>           1301 Clay St., Oakland, CA<br><br>Before:  Mag. Judge Kandis A. Westmore |
| Defendants. | **[JURY TRIAL DEMANDED]** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiff MONIQUE RENEE WALLACE ("WALLACE") and Defendant MATTHEW MELOCHE ("MELOCHE"), through their counsel of record, as follows:

**RECITALS**

1. On December 20, 2013 at a Status Conference, Judge Maxine M. Chesney referred this matter to Magistrate Kandis A. Westmore for a Settlement Conference to be held in March or early April.

2. On January 3, 2014 Magistrate Westmore ordered the Settlement Conference to take place on March 19, 2014.

3. Trial counsel for defendant Matthew Meloche both have longstanding vacation plans for the week of March 16 to March 22, 2014. City Attorney Caroline Fowler has scheduled a vacation with her son to Disneyland during his school spring break. Assistant City Attorney Robert Jackson has a vacation with his family planned in Hawaii. To reschedule such vacation plans would pose a hardship.

4. Counsel for defendant has requested, and counsel for plaintiff has graciously agreed, to move the settlement conference forward to Monday, March 10, 2014.

## STIPULATION AND ORDER THEREON

THEREFORE, it is stipulated and agreed herein by and between the parties that:

1. The Settlement Conference now set for March 19, 2013 at 10:00 a.m. shall be rescheduled to March 10, 2014 at 10:00 a.m.

DATED: January 23, 2014

/S/
ROBERT L. JACKSON
Assistant City Attorney
Attorney for Defendant Matthew Meloche

DATED: January 23, 2014

/S/
CHRISTY A. CHOUTEAU
Attorney for Plaintiff
Monique Renee Wallace

## ORDER

GOOD CAUSE APPEARING, the Settlement Conference now set for March 19, 2014, at 10:00 a.m. shall be continued to March 10, 2014 at 10:00 a.m.

**IT IS SO ORDERED**.

DATED: 1/24/14

Kandis Westmore
KANDIS A. WESTMORE
Magistrate Judge, U.S. District Court