IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE RENEE WALLACE,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>    Defendants / | No. C 12-6451 MMC<br><br>**ORDER OF DISMISSAL** |

    Defendants having advised the Court that the parties have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.

    **IT IS SO ORDERED.**

Dated: March 14, 2014

                                                   MAXINE M. CHESNEY
                                                 United States District Judge